UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN ERIC SCOTT,

                    Petitioner,

-against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, EXECUTIVE
OFFICE OF IMMIGRATION REVIEW,

                    Respondents.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 2639 (SLT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2009 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on June 26, 2009, dismissing the petition for a writ of habeas corpus; certifying pursuant to 28 U.S.C. § 1915(a) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; that pursuant to 28 U.S.C. § 1915(a) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       June 29, 2009

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court